1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

10
11
12
13
14
15
16
17
18
19
20
21

| | |
|---|---|
| TONY JACKSON, | ) CV 13-6124-GHK (SH) |
| | ) |
| Petitioner, | ) ORDER ACCEPTING FINAL REPORT |
| | ) AND RECOMMENDATION OF |
| | ) UNITED STATES MAGISTRATE |
| v. | ) JUDGE |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| Warden WILLIAMS, | ) |
| | ) |
| Respondents.[1] | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the

other records on file herein, and the Final Report and Recommendation of the

United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u>

review of those portions of the  Report and Recommendation to which objections

22
23
24
25

26
27
28

[1]        The appropriate respondent in this case is the warden of the prison

where petitioner is incarcerated.  <u>See Johnson v. Reilly</u>, 349 F.3d 1149, 1153

(9th Cir. 2003).

1

have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice

DATED:   3/4/14

_____

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

2