JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

TONY JACKSON,  ) CV 13-6124-GHK (SH)
)
) JUDGMENT
           Petitioner,  )
    v.  )
)
FEDERAL BUREAU OF PRISONS,  )
Warden WILLIAMS,  )
)
           Respondents.[1] )
)

    Pursuant to the Order of the Court accepting the conclusions and final recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED:   3/4/14

---

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The appropriate respondent in this case is the warden of the prison where petitioner is incarcerated. See Johnson v. Reilly, 349 F.3d 1149, 1153 (9th Cir. 2003).